```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 29061
    CHARLES ROBERTS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9351


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/28/2008 and was not confirmed.

     The case was dismissed without confirmation 02/04/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
FIRST PREMIER BANK         UNSECURED         NOT FILED          .00           .00
CAPITAL ONE                UNSECURED         NOT FILED          .00           .00
CITY OF CHICAGO DEPT OF    UNSECURED           5202.50          .00           .00
NORTH RIVERSIDE POLICE D   UNSECURED         NOT FILED          .00           .00
FV 1 INC                   UNSECURED         NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED            182.22          .00           .00
HSBC AUTO FINANCE          SECURED VEHIC     13143.00           .00           .00
HSBC AUTO FINANCE          SECURED VEHIC     13467.00           .00           .00
HSBC AUTO FINANCE          UNSECURED          1300.68           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY           3736.06           .00           .00
HSBC AUTO FINANCE          UNSECURED          1020.74           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED          7720.01           .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED            616.33          .00           .00
ARROW FINANCIAL SERV       UNSECURED            849.85          .00           .00
AT&T WIRELESS              UNSECURED            769.48          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY         2,464.00                       .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                           --------------     --------------
TOTALS                          .00                   .00


                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 29061 CHARLES ROBERTS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |